UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:14CV629 |
| | ) | (Financial Litigation Unit) |
| STEPHEN M. SMEATON, MD, | ) | |
| Defendant. | ) | |

**DEFAULT JUDGMENT**

A default having been entered against Defendant and counsel for Plaintiff having requested judgment by default against Defendant and having filed a proper declaration all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure, the Court GRANTS Plaintiff's Motion for Default Judgment (Doc. No. 8).

It is therefore ordered that judgment by default is rendered in favor of Plaintiff, the United States of America, and against Defendant, Stephen M. Smeaton, MD, in the total amount of $104,250.81 as of September 17, 2014, which includes the principal amount of $103,903.90, plus 3.13% pre-judgment interest accrued pursuant to the terms of the complaint, said interest totaling $346.91 as of September 17, 2014, and continuing to accrue until date of judgment herein at the rate of 3.13% per annum; together with interest to accrue from the date of this judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, and costs in the sum of $400.00, and all future costs. Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

IT IS SO ORDERED.

Signed: January 6, 2015

Frank D. Whitney
Chief United States District Judge